Daniel Austin Smith, Law Office of Daniel A. Smith, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

Daniel A. Smith, appointed counsel for Puro Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and

Hernandez's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Jose Martinez CHAVEZ, Defendant–Appellant.**

No. 09–13012
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 1, 2009.

Giles Jones, Calhoun, GA, for Defendant–Appellant.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Giles Jones, appointed counsel for Jose Martinez Chavez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Chavez's

convictions and sentences are **AF-FIRMED**.